



**CV 12 - 4411**

James S. Yu, Esq. (JY-9734)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Attorneys for Defendant Comenity LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK **IRIZARRY, J.**
----------------------------------------------x

YASHMINE J. DANIEL,

        Plaintiff,    **LEVY, M.J.**

   vs.

COMENITY LLC, C T CORPORATION
SYSTEM,

        Defendants.

----------------------------------------------x

**ECF CASE**

Civil Action No. _____

**NOTICE OF REMOVAL**

    Defendant Comenity LLC ("Comenity") by its attorneys, Seyfarth Shaw LLP, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, files this Notice of Removal with respect to the case identified as *Yashmine J. Daniel v. Comenity LLC, et al.*, Index No. CV-027895-12/QU, from the Civil Court of the City of New York, County of Queens.  In support of this Notice, Comenity states as follows:

**The Summons and Complaint**

    1.    On or about July 27, 2012, plaintiff Yashmine J. Daniel ("Plaintiff") commenced a civil action by filing a Summons With Endorsed Complaint (the "Summons and Complaint") in the Civil Court of the City of New York, County of Queens, naming Comenity as a defendant.

2.     On August 6, 2012, Comenity's registered agent received a copy of the Summons and Complaint by Federal Express sent directly by Plaintiff. The Summons and Complaint was, therefore, not properly served in accordance with New York's Civil Practice Law and Rules ("CPLR"). Plaintiff's Affidavit of Service is also deficient and was executed by Plaintiff in contravention of CPLR § 2103(a), which provides, "Except where otherwise prescribed by law or order of court, papers may be served by any person not a party of the age of eighteen years or over."

4.     A true and correct copy of the Summons and Complaint is annexed hereto as Exhibit A; pursuant to 28 U.S.C. § 1447(b) and Rule 81(a) of the Local Rules of Civil Procedure, the Summons and Complaint and Affidavit of Service constitute "all records and proceedings" in the state court.

**Timeliness of Removal**

5.     This Notice of Removal is timely filed pursuant to 28. U.S.C. § 1446(b), having been filed within thirty (30) days after Comenity's initial receipt of the Summons and Complaint, which is the "pleading from which it may first be ascertained that the case is one which is . . . removable." 28 U.S.C. § 1446(b).

**Basis for Removal**

6.     Pursuant to 28 U.S.C. § 1331, original jurisdiction exists in this Court. According to the Summons and Complaint, the nature and the substance of the plaintiff's cause of action states, verbatim, as follows: "Fair Credit Reporting Act and Fair Credit Billing Act Violations for $20,000.00 with interest from 01/12/1991." The Fair Credit Reporting Act is codified at 15 U.S.C. § 1681, *et seq.* The Fair Credit Billing Act is codified at 15 U.S.C. § 1601, *et seq.*

7.      Accordingly, this case is a civil action founded on a claim or right arising under the laws of the United States over which this Court has original jurisdiction, and is therefore one which may be removed from the Civil Court of the City of New York, pursuant to 28 U.S.C. § 1441(b).

8.      No other process, pleadings or orders have been served upon Comenity. *See* 28 U.S.C. § 1446(a).  As required by § 1446(b), certified or attested copies of all records, proceedings, and docket entries in state court will be filed with this Court within thirty (30) days of this Notice of Removal.

9.      Pursuant to § 1446(d), Comenity shall promptly give written notice hereof to all adverse parties and file a copy of this Notice of Removal with the Civil Court of the City of New York, County of Queens, located 89-17 Sutphin Boulevard, Jamaica, New York 11435, notifying that court of this removal.  A copy of the state court notice to be filed (without exhibits) is attached hereto as Exhibit B.

**All Defendants Consent to Removal**

Defendant C T Corporation System consents to removal of this action to the U.S. District Court for the Eastern District of New York.  Defendant C T Corporation has further advised Plaintiff that it was named in error and is therefore not a proper party to this case.  Attached hereto as Exhibit C is a copy of C T Corporation System's written authorization to removal, and its letter to Plaintiff, dated August 31, 2012, requesting dismissal from this action.

WHEREFORE, Defendant Comenity hereby effects the removal of the cause and requests that this Court maintain jurisdiction over it provided by law.

Dated: New York, New York
September 4, 2012

SEYFARTH SHAW LLP

By _____
James S. Yu (JY-9724)
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
*Attorneys for Defendant Comenity LLC*

To:     Yashmine J. Daniel
104-23 198th Street
Saint Albans, New York 11412
*Pro Se*

# Civil Court of the City of New York
## County of Queens

Index Number: **CV-027895-12/QU**

YASHMINE J DANIEL
    Plaintiff(s)
-against-
COMENITY LLC, C T CORPORATION SYSTEM
    Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**
BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s) :
YASHMINE J DANIEL
104-23 198TH STREET
Saint Albans, NY 11412-

To the named defendant (s)
COMENITY LLC, C T CORPORATION SYSTEM (Deft), at 1300 EAST NINTH STREET, Cleveland, OH 44114-

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the **County of Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of **$20,000.00** and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date:July 27, 2012

Carol Alt
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:
**Fair Credit Reporting Act and Fair Credit Billing Act Violations for $20,000.00 with interest from 01/12/1991**

### *NOTE TO THE DEFENDANT

   *A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*
   *B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*
   *C) Following CPLR 321(a) corporations must be represented by an attorney.*

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME: *Yashmine J Daniel*
PRINT NAME:   YASHMINE J DANIEL

Civil Court of the City of New York
County of Queens

Index no: CV-027895-12/QU

YASHMINE J DANIEL
        Plaintiff(s)
  -against-
COMENITY LLC, C T CORPORATION SYSTEM
       Defendant(s)

Affidavit of Service of Summons
with Endorsed Complaint
(Personal and Corporate)

State of New York, County of _____ss:

_____, being duly sworn, deposes and says:
        (Name of Server)

I am over 18 years of age and **not a party** to this action.

At _____,AM/PM, on _____ at _____
  (Time)            (Date)                    (Address)

in the County of _____, City/State of New York, I served the attached
              (Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on _____
                                           (Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

_____ who is:
        (Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
   or,
[] known  to me to be the _____ of the _____
                (Title)                       (Corporation/Partnership)

| **Description of Individual Served in Person:** | | |
| --- | --- | --- |
| Sex: _____ | Color of Skin: _____ | Color of Hair: _____ |
| Approximate Age: _____ | Approximate Weight:_____ | Approximate Height: _____ |

Sworn to before me this _____ day of _8_, 20_12_    _Yashmie J Daniel_
                                                           (Signature of Deponent)

        (Notary Public)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------x
                                  :

YASHMINE J. DANIEL,              :

           Plaintiff,        :

      vs.                    :

COMENITY LLC, C T CORPORATION    :
SYSTEM,                         :

           Defendants.     :
-------------------------------------------------------------x

Index No. CV-027895-12/QU

**NOTICE OF FILING OF**
**REMOVAL**

       PLEASE TAKE NOTICE that this case, which was previously pending in the Civil Court

of the City of New York, County of Queens, has been removed to the United States District

Court for the Eastern District of New York by defendant, Comenity LLC, pursuant to Title 28

U.S.C. § 1331, 1441, and 1446. A copy of the Notice of Removal, filed with the United States

District Court for the Eastern District of New York is attached hereto as Exhibit A.

       PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), this Court

"shall proceed no further unless and until the case is remanded."

Dated: New York, New York
       September 4, 2012

                      SEYFARTH SHAW LLP

                      By_____
                          James S. Yu (JY 9734)
                        620 Eighth Avenue
                        New York, New York 10018-1405
                        (212) 218-5500
                        *Attorneys for Defendant Comenity LLC*

14797377v.1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

YASHMINE J. DANIEL,

                              Plaintiffs,

        v.

COMENITY LLC, C T CORPORATION SYSTEM,

                              Defendants.

## NOTICE OF FILING OF REMOVAL

### SEYFARTH SHAW LLP
*Attorneys for Defendant Comenity LLC*
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorney(s) for

*Service of a copy of the within*                                    *is hereby admitted.*

*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY        *that the within is a (certified) true copy of a*
                         *entered in the office of the clerk of the within named Court on*          *2012.*

☐ NOTICE OF SETTLEMENT   *that an Order of which the within is a true copy will be presented for settlement to the Hon.*
                         *One of the judges of the within named Court,*
                         *at*                                                    *on*
                              *2012, at*            *M.*

Dated:
                                   **SEYFARTH SHAW LLP**
                                   *Attorneys for Defendant Comenity LLC*
                                   620 Eighth Avenue
                                   New York, New York 10018
                                   (212) 218-5500

To:
Attorney(s) for

## Yu, James

| | |
|---|---|
| **From:** | Uva, Kenneth [kenneth.uva@wolterskluwer.com] |
| **Sent:** | Friday, August 31, 2012 12:08 PM |
| **To:** | Yu, James |
| **Subject:** | Daniel v. Comentiy and C T Corporation System |

**Attachments:** Scan Documents-109.pdf

Dear Mr. Yu:

Per your call to CT's office in Cleveland, you are hereby authorized to file a change of venue in the above-referenced matter.  CT has been named a defendant in error and has no interest in the litigation.

The attached letter is being sent today for delivery to the plaintiff tomorrow.

Kenneth Uva
Representation Services Advisor
C T Corporation System
212 894 8679



CT
a Wolters Kluwer business

CT
111 Eighth Avenue
New York, NY 10011

212 894 8679 tel
212 590 9180 fax
www.ctlegalsolutions.com

August 31, 2012

Yashmine Daniel                                      Via Federal Express/Overnight
104-23 198th Street
Saint Albans, NY 11412

Re: Daniel v. Comenity LLC and C T Corporation System
    No. CV02789512QU; Civil Court, County of Queens

Dear Ms. Daniel:

C T Corporation System ("CT") at its offices in Cleveland, received a Summons and
Complaint wherein CT was named as a defendant.

Please be advised that CT was named a defendant in error and must be dismissed
immediately. CT has no connection with the subject matter of this action other than
acting as registered agent for service of process for the intended party.

We expect that you will immediately dismiss CT from this action and send proof of the
dismissal to my attention. In addition, as a courtesy, we expect that you will let us know
your intentions by checking one of the following and faxing it to me at (212) 590-9180.

___ C T Corporation System will be dismissed from this action.

___ C T Corporation System will not be dismissed from this action.

Should CT or any of its employees be in any way damaged by your erroneous pleadings,
including a listing on any litigation report or database, we will look to you for all
appropriate remedies.

Thank you for your prompt attention to this matter.

Very truly yours,

Kenneth J. Uva
Vice President
Kenneth.uva@wolterskluwer.com

cc: Civil Court, County of Queens
    89-17 Sutphin Blvd.
    Jamaica, NY 11435